| | |
|---|---|
| 1 | GARY A. HECKER (State Bar No. 099008)<br>JAMES M. SLOMINSKI (State Bar No. 166357) |
| 2 | **THE HECKER LAW GROUP**<br>1925 Century Park East, Suite 2300 |
| 3 | Los Angeles, California 90067<br>Telephone:   (310) 286-0377 |
| 4 | Facsimile:    (310) 286-0488<br>Email:  ghecker@hh.com; jslominski@hh.com |
| 5 | |
| 6 | Attorneys for Plaintiffs<br>**Kim Kardashian and**<br>**KimsAPrincess Inc.** |
| 7 | |
| 8 | EDWARD H. ROSENTHAL<br>KHIANNA N. BARTHOLOMEW<br>**FRANKFURT KURNIT KLEIN & SELZ PC** |
| 9 | 488 Madison Avenue, 10th floor<br>New York, New York 10022 |
| 10 | Tel: (212) 980-0120 • Fax: (212) 593-9175<br>E-Mail: erosenthal@fkks.com |
| 11 | |
| 12 | LOUIS P. PETRICH (State Bar No. 38161)<br>**LEOPOLD, PETRICH & SMITH, P.C.** |
| 13 | 2049 Century Park East, Suite 3110<br>Los Angeles, California 90067-3274 |
| 14 | Tel:  (310) 277-3333 • Fax: (310) 277-7444<br>E-Mail:  lpetrich@lpsla.com |
| 15 | Attorneys for Defendants |
| 16 | THE GAP, INC., OLD NAVY, LLC, OLD NAVY<br>(APPAREL), LLC, and GAP (APPAREL), LLC. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | **KIM KARDASHIAN, an individual; KIMSAPRINCESS INC., a California Corporation,** | Civil No.  CV 11-6568 DSF (MANx) |
| 20 | | |
| 21 | Plaintiffs, | **STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER, DOCKET ENTRY #26** |
| 22 | vs. | |
| 23 | **THE GAP, INC., a Delaware Corporation; OLD NAVY, LLC, a Delaware Limited Liability Company; OLD NAVY (APPAREL), LLC, a California Limited Liability Company; GAP (APPAREL), LLC, a California Limited Liability Company; and DOES 1 - 10** | |
| 24 | | |
| 25 | | **CURRENT DEADLINES:** |
| 26 | | |
| 27 | | DISC. CUT-OFF:       10/01/2012<br>MOTION CUT-OFF:  01/14/2013<br>PRE-TRIAL:              03/25/2013 |
| 28 | Defendants. | TRIAL:                      04/23/2012 |

**STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER**

**TO THE COURT:**

The parties, by and through their respective counsel, have met and conferred in good faith and agree that a modification of the Court's January 23, 2012 Scheduling Order (Docket Entry #26) to extend all dates by approximately 120 days is appropriate based on the following grounds:

1. During the Court's Initial Case Management Conference, the Court encouraged the parties to attempt to resolve the present dispute and come to a resolution;

2. Throughout the months of May, June, and July 2012 the parties have been engaged in active and ongoing private mediation with mediator Hon. Daniel J. Weinstein, Ret., who is a well known and respected private mediator with experience in resolving high profile cases;

3. The mediation is ongoing and the parties are continuing to negotiate a resolution of the action to the satisfaction of all parties;

4. The parties wish to continue to participate in the ongoing mediation with Judge Weinstein without having to divert resources to litigation activities that are necessitated by the current case schedule and upcoming court deadlines;

5. The parties certify that this request is not made for the purpose of delay, but rather is made in good faith in a concerted effort to have this action resolved expediently and with the efficient use of judicial resources.

Therefore, the parties agree, and hereby propose to the Court, that the current Scheduling Order, Docket Entry #26, be amended with the following new dates:

| | | |
|---|---|---|
| (1) | Deadline to Add Parties and/or Amend Pleadings: | **10/01/2012** |
| (2) | Discovery Cut-off: | **02/04/2013** |
| (3) | Initial Expert Witness Exchange: | **03/18/2013** |
| (4) | Rebuttal Expert Witness Exchange: | **04/08/2013** |
| (5) | Expert Discovery Cut-off: | **04/22/2013** |

**STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER**

| | | | |
|---|---|---|---|
| (6) | Motion Hearing Cut-off: | | 05/20/2013 |
| (7) | Settlement Conference Cut-off: | | 06/03/2013 |
| (8) | Final Pre-trial Conference: | | 08/05/2013 |
| (9) | Trial Date: | | 09/10/2013 |

Respectfully submitted,

**THE HECKER LAW GROUP**

Dated: August 1, 2012

By: /s/ Gary A. Hecker
Gary A. Hecker
James M. Slominski

Attorneys for Plaintiffs
KIM KARDASHIAN;
KIMSAPRINCESS INC.

**FRANKFURT KURNIT KLEIN & SELZ PC**

By: /s/ Edward H. Rosenthal
Edward H. Rosenthal
Khianna N. Bartholomew

and

**LEOPOLD, PETRICH & SMITH, P.C.**

Louis P. Petrich

Attorneys for Defendants
THE GAP, INC., OLD NAVY, LLC, OLD NAVY (APPAREL), LLC, and GAP (APPAREL), LLC.

3

**STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER**