**DENIED**

BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM KARDASHIAN, an individual; KIMSAPRINCESS INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., a Delaware Corporation; OLD NAVY, LLC, a Delaware Limited Liability Company; OLD NAVY (APPAREL), LLC, a California Limited Liability Company; GAP (APPAREL), LLC, a California Limited Liability Company; and DOES 1 - 10<br><br>Defendants. | Civil No. CV 11-6568 DSF (MANx)<br><br>**[PROPOSED] ORDER RE:**<br><br>**MODIFICATION TO THE COURT'S SCHEDULING ORDER**<br><br>**DOCKET ENTRY #26**<br><br>**NEW DEADLINES:**<br><br>DISC. CUT-OFF:        02/04/2013<br>MOTION CUT-OFF: 05/20/2013<br>PRE-TRIAL:              08/05/2013<br>TRIAL:                     09/10/2013 |

The Court having considered the Stipulation of the parties to modify the current Scheduling Order, Docket Entry #26, and for good cause shown:

**IT IS HEREBY ORDERED** that the current Scheduling Order, Docket Entry #26, is hereby amended as follows:

(1)    Deadline to Add Parties and/or Amend Pleadings:    **10/01/2012**

(2)    Discovery Cut-off:    **02/04/2013**

(3)    Initial Expert Witness Exchange:    **03/18/2013**

(4)    Rebuttal Expert Witness Exchange:    **04/08/2013**

**[PROPOSED] ORDER**

| | (5) | Expert Discovery Cut-off: | **04/22/2013** |
|---|---|---|---|
| | (6) | Motion Hearing Cut-off: | **05/20/2013** |
| | (7) | Settlement Conference Cut-off: | **06/03/2013** |
| | (8) | Final Pre-trial Conference: | **08/05/2013** |
| | (9) | Trial Date: | **09/10/2013** |

**DENIED**

BY ORDER OF THE COURT

Dated: August 2, 2012    _____

Honorable Dale S. Fischer
United States District Judge

2

**[PROPOSED] ORDER**