```
 1  GARY A. HECKER, ESQ.  (State Bar No. 099008)
    JAMES M. SLOMINSKI, ESQ.  (State Bar No. 166357)
 2  THE HECKER LAW GROUP, PLC
    1925 Century Park East, Suite 2300
 3  Los Angeles, California 90067
    Telephone:     (310) 286-0377
 4  Facsimile:     (310) 286-0488
    Email:  ghecker@hh.com; jslominski@hh.com
 5
    Attorneys for Plaintiffs
 6  Kim Kardashian and
    KimsAPrincess Inc.
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM KARDASHIAN, an individual; KIMSAPRINCESS INC., a California Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE GAP, INC., a Delaware Corporation; OLD NAVY, LLC, a Delaware Limited Liability Company; OLD NAVY (APPAREL), LLC, a California Limited Liability Company; GAP (APPAREL), LLC, a California Limited Liability Company; and DOES 1 - 10<br><br>            Defendants. | Civil No. CV 11-6568 DSF (MANx)<br><br>NOTICE OF SETTLEMENT<br><br><br><br>DISC. CUT-OFF:   10/01/2012<br>PRE-TRIAL:       03/25/2013<br>TRIAL:           04/23/2012 |

**NOTICE OF SETTLEMENT**

1 **TO THE COURT:**

2  In accordance with the Court's Standing Order, Local Rule 16-15.7 and the
3 instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify
4 the Court that the lawsuit has been settled, and to request 30 days in which to file the
5 dismissal.

7  Respectfully submitted,

8  **THE HECKER LAW GROUP**

9 Dated: August 23, 2012  By:  /s/ Gary A. Hecker
10  Gary A. Hecker
  James M. Slominski

12  Attorneys for Plaintiffs
  KIM KARDASHIAN;
13  KIMSAPRINCESS INC.

2

**NOTICE OF SETTLEMENT**